UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA ESPINOZA CHAPA,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 17-cv-04788-SK<br><br>**ORDER DENYING MOTION FOR ATTORNEY FEES WITHOUT PREJUDICE**<br><br>Regarding Docket No. 38 |

Plaintiff's counsel, Geri Kahn, filed a motion for an award of attorneys' fees. In her motion, Counsel fails to address whether she provided notice to Plaintiff of the motion for attorneys' fees and/or whether Plaintiff objects. Additionally, Counsel failed to address what her effective hourly rate would be if awarded the amount requested and failed to show that the effective hourly rate would be reasonable in light of the character of the representation, results achieved, and in comparison to other fee awards from this District. Accordingly, the Court DENIES the motion for attorneys' fees, but does so without prejudice to Counsel filing an amended motion which cures these defects.

**IT IS SO ORDERED**.

Dated: September 7, 2021

_____
SALLIE KIM
United States Magistrate Judge